FILED: JUNE 27, 2008

08CV3699

JUDGE ZAGEL

MAGISTRATE JUDGE NOLAN

EDA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff**(s): CHRIS DODARO, as Special Administrator of the Estate of JACQUELYN DODARO, Deceased

County of Residence: **DuPage County, Illinois**

Plaintiff's Atty:
**Edmund J. Scanlan**
**Attorney at Law**
**8 S. Michigan Avenue, Suite 2700**
**Chicago, Illinois 60603**
**312/422-0343**

**Defendant**(s): VALUE CITY DEPARTMENT STORES LLC

County of Residence: **Franklin County, Ohio**

Defendant's Atty:
**Mark G. Poulakidas**
**Haynes, Studnicka, Kahan,**
**O'Neill & Miller, LLC**
**200 W. Adams St., Ste. 500**
**Chicago, IL 60604**
**312/332-6644**

II. Basis of Jurisdiction:    **4. Diversity (complete item III)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**

Defendant:- **5 Incorporated and Principal place of Business in another State**

IV. Origin :    **2. Removed From State Court**

V. Nature of Suit:    **360 Other Personal Injury**

VI. Cause of Action:    **Removed to this Court pursuant to 28 USC Section 1441 with diversity jurisdiction under 28 USC Section 1332**

VII. Requested in Complaint

Class Action:

Dollar Demand: **Greater than $_____**

Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _____

Date:    June 27, 2008

Revised: 06/28/00