FILED: JUNE 27, 2008
08CV3699
JUDGE ZAGEL
MAGISTRATE JUDGE NOLAN
EDA

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

CHRIS DODARO, as Special Administrator of the Estate of JACQUELYN DODARO, Deceased v. VALUE CITY DEPARTMENT STORES LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**VALUE CITY DEPARTMENT STORES LLC**

| |
|---|
| NAME (Type or print)<br>Mark G. Poulakidas |
| SIGNATURE (Use electronic signature if the appearance is filed electronically)<br>/s/ Mark G. Poulakidas |
| FIRM<br>HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC |
| STREET ADDRESS<br>200 WEST ADAMS STREET, SUITE 500 |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6230065 | TELEPHONE NUMBER<br>312/676-7077 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |