FILED: JUNE 27, 2008
08CV3699
JUDGE ZAGEL
MAGISTRATE JUDGE NOLAN
EDA

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number:

CHRIS DODARO, as Special Administrator of the Estate of JACQUELYN DODARO, Deceased v. VALUE CITY DEPARTMENT STORES LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**VALUE CITY DEPARTMENT STORES LLC**

| NAME (Type or print) |
|---|
| John B. Racanelli |
| SIGNATURE (Use electronic signature if the appearance is filed electronically) |
| /s/ John B. Racanelli |
| FIRM |
| HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC |
| STREET ADDRESS |
| 200 WEST ADAMS STREET, SUITE 500 |
| CITY/STATE/ZIP |
| CHICAGO, ILLINOIS 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6290514 | 312/676-7057 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐