2193 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRIS DODARO, as Special Administrator of the Estate of JACQUELYN DODARO, Deceased,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>VALUE CITY DEPARTMENT STORES, LLC,<br><br>　　　　　　　　　Defendant. | No.:　08 CV 3699<br><br>Judge Zagel<br><br>Magistrate Judge Nolan |

## ANSWER OF DEFENDANT TO
## PLAINTIFF'S COMPLAINT AT LAW

Now comes defendant, VALUE CITY DEPARTMENT STORES, LLC, by and through its attorneys, HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC, and for its answer to Plaintiff's Complaint at Law, states as follows:

## COUNT I – WRONGFUL DEATH

1.　Defendant lacks information sufficient to admit or deny the allegations contained in paragraph 1, but demands strict proof thereof.

2.　Defendant lacks information sufficient to admit or deny the allegations contained in paragraph 2, but demands strict proof thereof.

3.　Defendant admits only to those duties as imposed by law, denies that plaintiff has accurately alleged any such duties, and denies all remaining allegations contained in paragraph 3.

4(a-d).　Defendant denies all allegations contained in paragraph 4, including subparagraphs 4(a) through 4(d), inclusive.

5.　Defendant denies the allegations contained in paragraph 5.

6. Defendant admits only to the existence of the Wrongful Death Act, answers that the Act speaks for itself, and denies any liability to plaintiff pursuant to the Act.

7. Defendant admits only to the existence of 740 ILCS 180/2.1, further answers that the Act speaks for itself, and denies any liability to plaintiff pursuant to the Act.

WHEREFORE, Defendant, VALUE CITY DEPARTMENT STORES, LLC, denies that Plaintiff, CHRIS DODARO, as Special Administrator of the Estate of JACQUELYN DODARO, Deceased, is entitled to judgment against it in a sum in excess of $50,000.00, plus the costs of the lawsuit, or any other amount whatsoever, prays that this Honorable Court strike and dismiss with prejudice Plaintiff's Complaint at Law, enter judgment in favor Defendant and against Plaintiff, and award Defendant its costs incurred in the defense of this suit.

DEFENDANT DEMANDS TRIAL BY JURY.

## COUNTER II – SURVIVAL ACTION

1-4. Defendant restates and incorporates by reference its answers to paragraphs 1 through 4 of Count I herein as its answers to paragraphs 1 through 4 of this Count II, as though fully set forth herein.

5. Defendant denies the allegations contained in paragraph 5.

6. Defendant admits only to the existence of the Survival Act, answers that the Act speaks for itself, and denies any liability to plaintiff pursuant to the Act.

7. Defendant moves to strike the allegations contained in paragraph 7 to the extent they contain legal conclusions and not allegations of fact, and denies all remaining allegations contained in paragraph 7.

WHEREFORE, Defendant, VALUE CITY DEPARTMENT STORES, LLC, denies that Plaintiff, CHRIS DODARO, as Special Administrator of the Estate of JACQUELYN DODARO,

Deceased, is entitled to judgment against it in a sum in excess of $50,000.00, plus the costs of the lawsuit, or any other amount whatsoever, prays that this Honorable Court strike and dismiss with prejudice Plaintiff's Complaint at Law, enter judgment in favor Defendant and against Plaintiff, and award Defendant its costs incurred in the defense of this suit.

DEFENDANT DEMANDS TRIAL BY JURY.

Respectfully submitted,

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC

By: /s/ Mark G. Poulakidas
Mark G. Poulakidas (ARDC No. 6230065)
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendant
200 West Adams Street, Suite 500
Chicago, Illinois 60606
312-332-6644
mpoulakidas@hskolaw.com

## VERIFICATION

I certify that I have read the foregoing Answer to Complaint at Law, and that the statements set forth with respect to lack of knowledge sufficient to form a belief as to the truthfulness are true.

By: /s/ Mark G. Poulakidas
Mark G. Poulakidas (ARDC No. 6230065)
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendant
200 West Adams Street, Suite 500
Chicago, Illinois 60606
312-332-6644
mpoulakidas@hskolaw.com