2193 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRIS DODARO, as Special Administrator of the Estate of JACQUELYN DODARO, Deceased,<br><br>         Plaintiff,<br><br>vs.<br><br>VALUE CITY DEPARTMENT STORES, LLC,<br><br>         Defendant. | No.: 08 CV 3699<br><br>Judge Zagel<br><br>Magistrate Judge Nolan |

## NOTICE OF FILING

To:   Edmund J. Scanlan
      Attorney at Law
      8 South Michigan Avenue, Suite 2700
      Chicago, Illinois 60603

YOU ARE HEREBY NOTIFIED that on July 1, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, *Answer of Defendant to Plaintiff's Complaint at Law*, a copy of which is attached hereto.

### Certificate of Service

I certify that on July 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Edmund J. Scanlan, Attorney at Law, 8 South Michigan Avenue, Suite 2700, Chicago, Illinois 60603, and I hereby certify that I have mailed by United States Postal Service the document to the non CM/ECF participants.

By:   /s/ Mark G. Poulakidas
      Mark G. Poulakidas (ARDC No. 6230065)
      HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
      Attorneys for Defendant
      200 West Adams Street, Suite 500
      Chicago, Illinois 60606
      312-332-6644
      mpoulakidas@hskolaw.com