2193 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS DODARO, as Special Administrator of the Estate of JACQUELYN DODARO, Deceased, | ) ) ) ) | No.: 08 CV 3699 |
| Plaintiff, | ) ) | Judge Zagel |
| vs. | ) ) | Magistrate Judge Nolan |
| VALUE CITY DEPARTMENT STORES, LLC, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:  Edmund J. Scanlan
     Attorney at Law
     8 South Michigan Avenue, Suite 2700
     Chicago, Illinois 60603

On <u>Tuesday, August 12, 2008</u>, at <u>10:15 a.m.</u>, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel or any judge sitting in his stead, in the courtroom usually occupied by him in Room <u>2503</u> in the United States District Court, for the Northern District of Illinois, Eastern Division, and shall then and there present **Defendant's Motion for Qualified Protective Order Pursuant to HIPAA**, a copy of which is attached hereto.

I certify, under penalty of perjury, that I served this Notice and attached motion via electronic filing with the Court and by causing a copy to be sent to each person to whom it is directed at the address above indicated by depositing same in the U.S. Mail at 200 West Adams Street, Chicago, Illinois 60606, before the hour of 5:00 p.m. on July 30, 2008, with proper postage prepaid.

/s/ Mark G. Poulakidas
Mark G. Poulakidas (ARDC #6230065)
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendant
200 West Adams Street, Suite 500
Chicago, Illinois 60606
(312) 332-6644
mpoulakidas@hskolaw.com